171 So. 384

## John BALLAS v. STATE.

### 8 Div. 771.

Supreme Court of Alabama.

Dec. 17, 1936.

S. A. Lynne, of Decatur, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

FOSTER, Justice.

Petition of John Ballas for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ballas v. State, 171 So. 383.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.